# EXHIBIT M

From: Sydney Partin <Sydney.Partin@uvm.edu>
Date: Monday, January 13, 2020 at 7:58 PM
To: Joseph Russell <Joseph.Russell@uvm.edu>
Cc: Elizabeth Partin <partinhome@aol.com>
Subject: guidance needed

Good Evening,

I met with you last fall due to an unfortunate incident with an Uber driver and you were very helpful then so I'm hoping you can help me again.

Last spring, during my second semester of freshman year, I had a series of traumatic events that ultimately resulted in me taking this whole year off of school because of intense emotional anguish. On the night of March 22, 2019, I was drugged at a party. I completely blacked out even though I hardly had enough alcohol to even feel it. I was told that I could barely stand up or walk by myself and that I was terribly sick. I do not remember any of this. The next morning, I woke up very confused and scared. I saw on my phone that my Uber driver has charged me $150. I don't even remember riding in an Uber. Later that day I took myself to the ER to be tested for any date rape drugs in my system. The doctor, however, refused to test me for anything at all. No drug testing. No rape kit. No mental evaluation. Nothing. She was very condescending and did not believe that my story was possible as she stated how unlikely it was to have actually happened on my discharge papers. She even told me that "even if I was drugged nothing would change going forward." The reason I didn't come forward earlier was because after that experience I thought maybe she was right. I wasn't sure it any of it had happened at all. But it did. I am trembling even now months after the fact as I type this.

I do not know how to approach redemption. I am not seeking "revenge" but the appropriate consequences for the doctor for her inappropriate and quite frankly unethical treatment that I received. Since she is associated with UVM I thought maybe you would be able to help me to find a resolution so that I can move on from this and so that no one has to go through this again. Being believed is essential for change. Please feel free to contact me with the number below and we can open up a conversation about this and how the school can improve and educate its employees regarding assault.

Thank you for listening,
Sydney Partin
703-973-7289