UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| KENDALL WARE, <br> SYDNEY PARTIN, <br> HALEY SOMMER, and <br> CASSIA HARTING-SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNIVERSITY OF VERMONT <br> AND STATE AGRICULTURAL <br> COLLEGE, THE BOARD OF <br> TRUSTEES OF THE UNIVERSITY <br> OF VERMONT AND STATE <br> AGRICULTURAL COLLEGE, <br> NICHOLAS STANTON, KATHERINE <br> SPENCE, TARYN MORAN, JEFFREY <br> SCHULMAN, KRISTA BALOGH, <br> JOSEPH RUSSELL, JOHN BECKER and <br> OTHER UNIDENTIFIED DEFENDANTS, <br><br> Defendants. | Civil Action No. 2:22-CV-212 |

**DEFENDANTS' *STIPULATED* MOTION TO EXCEED PAGE LIMITS
FOR THEIR MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendants, by and through counsel, hereby move pursuant to Local Rule 7(a)(4) for leave to exceed the applicable page limits for their Motion to Dismiss Plaintiffs' First Amended Complaint, which Defendants expect to file on or before July 21, 2023. In support of their Motion, Defendants state as follows:

1. Local Rule 7(a)(4) limits memoranda in support of and opposition to dispositive motions to twenty-five pages, absent leave from the Court.

2. Plaintiffs have filed a lengthy First Amended Complaint, and briefing the issues will require more than the default twenty-five pages allowed by rule. There are now four Plaintiffs and eleven claims, as well as a request for exemplary damages. The allegations in the

First Amended Complaint span several years and include a variety of incidents.

3. Defendants' attorneys have conferred with counsel for Plaintiffs pursuant to Local Rule 7(a)(7), and Plaintiffs have stipulated and agreed to the exceedance of the page limits for Defendants' memorandum in support of their motion. The parties have agreed that, subject to Court approval, Defendants may file a memorandum up to eighty-five pages in length in support of their Motion to Dismiss Plaintiffs' First Amended Complaint.

For the reasons set forth above, Defendants ask the Court to grant their Motion and issue an order providing leave for Defendants to exceed the page limits for their Motion to Dismiss Plaintiffs' First Amended Complaint and file a memorandum up to eighty-five pages in length.

Dated at Burlington, Vermont this 7th day of July, 2023.

By: /s/ Kendall Hoechst
Justin B. Barnard, Esq.
Ritchie E. Berger, Esq.
Kendall Hoechst, Esq.
Dinse P.C.
209 Battery Street, P.O. Box 988
Burlington, VT 05402
802-864-5751
jbarnard@dinse.com
rberger@dinse.com
khoechst@dinse.com

*Counsel for Defendants*