# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| KENDALL WARE, <br> SYDNEY PARTIN, <br> HALEY SOMMER, and <br> CASSIA HARTING-SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNIVERSITY OF VERMONT <br> AND STATE AGRICULTURAL <br> COLLEGE, THE BOARD OF <br> TRUSTEES OF THE UNIVERSITY <br> OF VERMONT AND STATE <br> AGRICULTURAL COLLEGE, <br> NICHOLAS STANTON, KATHERINE <br> SPENCE, TARYN MORAN, JEFFREY <br> SCHULMAN, KRISTA BALOGH, <br> JOSEPH RUSSELL, JOHN BECKER and <br> OTHER UNIDENTIFIED DEFENDANTS, <br><br> Defendants. | Civil Action No. 2:22-CV-212 |

## PARTIES' JOINT MOTION TO STAY DISCOVERY

The parties, by and through counsel, hereby jointly move pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26(a)(3) for the Court to enter an order staying discovery until the Court has resolved Defendants' pending Motion to Dismiss Plaintiffs' First Amended Complaint. In support of this Joint Motion, the parties state as follows:

1. Plaintiffs filed the initial Complaint on December 6, 2022. It asserted claims against Defendants arising under 20 U.S.C. § 1681(a) ("Title IX"), 42 U.S.C. §§ 1983, 1988, and various provisions of Vermont statutory and common law.

2. On February 10, 2023, Defendants moved to dismiss the Complaint for failure to state a claim. Plaintiffs responded by filing their First Amended Complaint on May 16, 2023. On

July 14, 2023, Defendants moved to dismiss the First Amended Complaint for failure to state a claim.

3. On July 26, 2023, the Court granted Plaintiffs' Assented-To Motion to Extend Time for Response to Motion to Dismiss. Accordingly, Plaintiffs' response to the pending Motion to Dismiss must be filed on or before September 27, 2023. Defendants anticipate filing a reply memorandum in further support of the Motion to Dismiss.

## MEMORANDUM OF LAW

Local Rule 26(a)(3) provides that "[a] party may request a stay . . . until [a Rule 12(b) or (c)] motion is decided, if a stay . . . will help to secure the just, speedy, and inexpensive determination of the action." *Id.* (citing Fed. R. Civ. P. 1). Plaintiffs' First Amended Complaint comprises eleven counts asserted by four individuals against various institutional and individual defendants, asserting numerous legal theories arising under state and federal law. The Court's ruling on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint may significantly alter the scope of discovery in the case. The parties therefore submit that staying discovery until the Court has issued its ruling on the Motion to Dismiss will promote the most efficient and economical resolution of the case. The parties propose to confer and file a discovery schedule within 30 days of receiving the Court's decision on the Motion to Dismiss.

Dated at Burlington, Vermont this 1st day of September, 2023.

By:  /s/ John F. Evers
John F. Evers, Esq.
Shoup Evers & Green
84 Pine Street, 4th Floor
Burlington, VT 05401
jevers@seglawyers.com

*Counsel for Plaintiffs*


/s/ Kendall Hoechst
Justin B. Barnard, Esq.
Ritchie E. Berger, Esq.
Kendall Hoechst, Esq.
Anne Rosenblum, Esq.
Dinse P.C.
209 Battery Street, P.O. Box 988
Burlington, VT  05402
802-864-5751
jbarnard@dinse.com
rberger@dinse.com
khoechst@dinse.com
arosenblum@dinse.com

*Counsel for Defendants*