UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| KENDALL WARE,<br>SYDNEY PARTIN,<br>HALEY SOMMER, and<br>CASSIA HARTING-SMITH,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE UNIVERSITY OF VERMONT AND STATE AGRICULTURAL COLLEGE, THE BOARD OF TRUSTEES OF THE UNIVERSITY OF VERMONT AND STATE AGRICULTURAL COLLEGE, NICHOLAS STANTON, JOSEPH RUSSELL, KATHERINE SPENCE, TARYN MORAN, JEFFREY SCHULMAN, KRISTA BALOGH, JOHN BECKER and OTHER UNIDENTIFIED DEFENDANTS,<br><br>*Defendants*. | Civil Action No. 2:22-cv-212 |

**JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES**

Pursuant to Local Rule 26 (a)(7), the parties move jointly and respectfully request that the Court extend the current deadlines as set forth below. The reason for this request is that the case is complex and involves four plaintiffs and nine defendants. The parties require additional time to ensure that fulsome fact and expert discovery is conducted prior to the Early Neutral Evaluation.

This is the first motion for extension of scheduling order deadlines and is not being made

-1-

for the purpose of delay. The parties have made progress in discovery and agreed on an Early Neutral Evaluator and a timing for the Early Neutral Evaluation, as set out below. The parties have also exchanged initial disclosures.

## DEADLINES

1. The parties have served initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

2. The parties shall serve all interrogatories and requests for production by February 3 13, 2025.

3. Depositions of all non-expert witnesses shall be completed by February 28, 2025.

4. Plaintiff shall submit expert witness reports by October 31, 2024. Depositions of plaintiffs' expert witnesses shall be completed by November 29, 2024.

5. Defendant shall submit expert witness reports by December 13, 2024. Depositions of defendant's expert witnesses shall be completed January 15, 2025.

6. The Early Neutral Evaluation session shall be conducted in January 2025. The parties have agreed that the early neutral evaluator will be Michael Marks.

7. The parties shall serve all requests for admission by February 3, 2025.

8. All discovery shall be completed by March 28, 2025.

9. Motions for joinder of parties and amendments to the pleadings shall be filed by November 29, 2024.

10. Motions, including summary judgment motions but excluding motions relating to the conduct of the trial, shall be filed May 30, 2025.

11. This case shall be ready for trial 45 days after resolution of any summary judgment motions.

Dated: July 24, 2024

By:

/s/ John F. Evers
John F. Evers, Esq.
SHOUP EVERS & GREEN, PLLC
84 Pine Street, 4th Floor
Burlington, VT 05401
(802) 861-6666
jevers@seglawyers.com

Meghna Sridhar, Esq. (admitted *pro hac vice*)
John F.O. McAllister, Esq.*
MCALLISTER OLIVARIUS
641 Lexington Avenue, 13th Floor
New York, NY 10022
(212) 433-3456
msridhar@mcolaw.com

Dated: July 24, 2024

By:

/s/ Kendall Hoechst

Justin Barnard, Esq.
Ritchie E. Berger, Esq.
Kendall Hoechst, Esq.
Anne Rosenblum, Esq.
DINSE P.C.
209 Battery Street, P.O. Box 988
Burlington, VT 05402
802-864-5751
jbarnard@dinse.com
rberger@dinse.com
khoechst@dinse.com
arosenblum@dinse.com

-3-

*Counsel for Defendants*

**APPROVED AND SO ORDERED**

Dated:

_____
Hon. William K. Sessions III
United States District Court Judge